UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2712-JFW(AFMx)**                              Date: July 14, 2017

Title:   Michigan Millers Mutual Insurance Company -v- Illinois National Insurance Company

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                    None Present
   Courtroom Deputy                                  Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION DEFENDANT ILLINOIS NATIONAL INSURANCE COMPANY'S MOTION TO DISMISS [filed 6/9/2017; Docket No. 30]

   Defendant Illinois National Insurance Company's Motion to Dismiss is currently on calendar for July 17, 2017 at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for July 17, 2017 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.